**Helen Kathryn GUYTON, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 28566.**

Court of Criminal Appeals of Texas.

Nov. 7, 1956.

No attorney for appellant of record on appeal.

Henry Wade, Dist. Atty., Thomas B. Thorpe, Asst. Dist. Atty., Dallas, Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction is for the unlawful possession of paraphernalia for using narcotic drugs, in violation of Art. 725b, Vernon's Ann.P.C.; the punishment, four years' confinement in the penitentiary.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.